### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SG EQUIPMENT FINANCE USA CORP., | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 20-6005 |
| KIMBALL ELECTRONICS, INC., | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| ARIBA, INC., | |
| Third Party Defendant. | |

### ORDER

AND NOW, this  25th  day of March, 2021, upon consideration of Kimball's Motion to Amend for Leave to File Pleading Amendments (Doc. No. 97) and SG and Ariba's Responses in Opposition thereto (Doc. Nos. 101, 102, 105, and 106), it is hereby ORDERED that the Motion is GRANTED and Kimball is given leave to re-file the amended pleadings it included with its Motion within seven (7) days of the entry date of this Order.

BY THE COURT:

s/ J. Curtis Joyner

_____

J. CURTIS JOYNER,     J.